**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 363 MAL 2015
                                      :
           Respondent          :
                                        : Petition for Allowance of Appeal from the
                                        : Order of the Superior Court
           v.                        :
                                        :
                                        :
GREGORY SHANE KINNARD, JR.,     :
                                        :
           Petitioner            :

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of August, 2015, the Petition for Allowance of Appeal and Application for Relief to Request Leave of Court in Order to Pursue Along With Pending Appellate Jurisdiction Additional Jurisdiction of the Extraordinary Kind in Respect to Emergency are **DENIED**.